IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  NO. 4:06-CR-00408-02-BRW

TRINA WILSON

## ORDER

Defendant's unopposed Motion for Early Termination of Supervised Release (Doc. No. 45) is GRANTED.

IT IS SO ORDERED this 8th day of February, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE